*In re* JUAREZ/CLARK, No. 152341; Court of Appeals No. 328746.

*Order Granting Oral Argument in Case Pending on Application for Leave to Appeal Entered October 9, 2015:*

PEOPLE V URIBE, No. 151899; reported below: 310 Mich App 467. The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the Eaton Circuit Court abused its discretion in denying the admission of testimony offered under MCL 768.27a and whether the Court of Appeals properly applied *People v Watkins*, 491 Mich 450 (2012), in reversing the circuit court. The parties should not submit mere restatements of their application papers.

LARSEN, J. Although I intend to participate in the forthcoming oral argument on the application for leave to appeal, I did not participate in the entry of this order because the Court considered it before I assumed office and my vote is not outcome-determinative.